UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| NAKISHA L. WESLEY ) | |
| ) | |
| Debtor ) | |
| ) | CASE NO. 17-16489-MDC |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | **HEARING DATE**: |
| ASSIGNEE OF ALLY BANK ) | Thursday, November 16, 2017 |
| ("PRA"), BY AND THROUGH ITS ) | 11:00 a.m. |
| SERVICING AGENT, PRA RECEIVABLES ) | |
| MANAGEMENT, LLC ) | |
| Movant ) | |
| vs. ) | |
| ) | |
| NAKISHA L. WESLEY ) | **LOCATION**: |
| ) | U.S. Bankruptcy Court |
| ) | Eastern District Of Pennsylvania |
| ) | Courtroom # 2 |
| ) | 900 Market Street |
| and ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER ) | |
| Trustee ) | |

**ORDER**

AND NOW, this 16th day of November, 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2016 Kia Sorento, V.I.N 5XYPG4A37GG075602) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect,

notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.


_____
Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE